**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

TODD UNDERWOOD,                                          )
on behalf of himself and other past                     )
and present employees similarly situated,               )
                                                        )
                        Plaintiffs,                     )
                                                        )
           vs.                                          )      Case No. 07-2268 EFM
                                                        )
NMC MORTGAGE CORPORATION,                               )
Previously Known as MYERS NATIONAL                      )
MORTGAGE COMPANY,                                       )
                                                        )
           and                                          )
                                                        )
RANDY KENT,                                             )
                                                        )
                        Defendants.                     )

**ORDER OF DISMISSAL**

Upon Plaintiffs' Motion to Dismiss (Doc. 159) filed pursuant to Rule 41 of the Federal Rules

of Civil Procedure, the Court GRANTS the dismissal.

IT IS THEREFORE ORDERED that all claims against all Defendants are dismissed without

prejudice.  Each side to bear their own costs.

IT IS SO ORDERED.

Dated this 12th day of January, 2010.

/s/ Eric F. Melgren
U.S. DISTRICT COURT JUDGE